David M. Church
Attorney for Plaintiff
The Disability Law Office, PLLC
P.O. Box 3504
Silverdale, WA  98383
Telephone: (360) 204-3274

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

DANIAL R. GRAMMER,

        Plaintiff,

  v.

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,

        Defendant.

Civil Action No. 3:13-cv-05355-RBL-KLS

ORDER GRANTING
MOTION FOR SUBSTITUTION OF
COUNSEL

**Pursuant to LCR 83.2(b)(1), Mr. Church has requested to withdraw from this case. Mr.** D. James Tree has agreed to assume representation.  Plaintiff agrees with this action.  Defendant stipulates to this action.  Accordingly, the Motion for Substitution of Counsel is hereby GRANTED.

    The Clerk of the Court is directed to remove Mr. Church as counsel of record.  The Clerk is further directed to add Mr. D. James Tree as counsel of record and grant him access to the case such that he may file documents through the CM/ECF filing system.

    Dated this 15th day of August, 2013.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

---

Order Granting
Motion for Substitution of Counsel - 1

Presented by:
/s/David M. Church, WSBA# 36899
Withdrawing Attorney for Plaintiff

_____
Order Granting
Motion for Substitution of Counsel - 2

**The Disability Law Office, PLLC**
PO Box 3504
Silverdale, WA  98383
Ph:  (360) 204-3274
Fax:  (888) 550-6122